**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 30, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------

| | |
|---|---|
| WD76480 | Kevin D. Roberts vs. State of Missouri |
| WD76624 | In Re the Matter of: Makenzie Irene Cullen, A Minor, by her Father and Next Friend, Troy A. Cullen and Troy A. Cullen, Individually vs. Laura Shupert |
| WD76678 | Alonzo Darrough vs. State of Missouri |
| WD76762 | Bradley Roberts vs. State of Missouri |
| WD76802 | Travis L. Knott vs. State of Missouri |
| WD76979 | Derick Miller vs. State of Missouri |
| WD77026 | J.S.N. and A.E.G-N. vs. B.M.N. and R.T., Co-Guardian and Co-Conservator of B.M.N. and L.T., Co-Guardian and Co-Conservator of B.M.N. |
| WD77027 | Consolidated with WD77026 |
| WD77116 | In Re: Mark P. Reynolds vs. Boone County, Missouri |
| WD77247 | R.K.H. and T.D.H. vs. L.K.P. |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------

| | |
|---|---|
| WD75816 | State of Missouri vs. John J. Smothers |
| WD76629 | State of Missouri vs. Joseph B. Sprofera |